UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONTENEQUE N. KNOX,<br><br>            Petitioner,<br>    v.<br><br>E. K. McDANIELS, et al.,<br><br>            Respondents. | Case No. 3:11-cv-00682-MMD-VPC<br><br>ORDER |

This is a pro se petition for writ of habeas corpus. Before the Court is a motion that the Court construes as a motion for extension of time to file a second amended petition (dkt. no.23). Good cause appearing, petitioner's motion is granted.

IT IS THEREFORE ORDERED that petitioner's motion for extension of time to file a second amended petition (dkt. no.23) is GRANTED.

IT IS FURTHER ORDERED that within thirty (30) days of the date of entry of this order, petitioner shall file a new motion to amend petition and attach a proposed second amended petition, if he chooses to file a second amended petition.

IT IS FURTHER ORDERED that if petitioner chooses not to file a second amended petition, that this case shall proceed on the amended petition (dkt. no.6) and answer (dkt. no.7).

DATED THIS 31st day of May 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE